# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CARLESE COLLINS;
        Plaintiff(s)

v.  **Civil Action No.**  3:19cv493

BIOMET INC;
BIOMET LLC;
BIOMET ORTHOPEDICS LLC;
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Robert L. Miller, Jr.   on a motion for   Dismissal.

DATE:   August 20, 2019                    ROBERT TRGOVICH, CLERK OF COURT

                                                                            by   S/ J. Darrah
                                                                             *Signature of Clerk or Deputy Clerk*